# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE E. ELLISON, M.D.,  )  | |
| ) | Civil Action |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | No. 1:15-cv-11848 |
| ) | |
| AMERICAN BOARD OF  ) | |
| ORTHOPAEDIC SURGERY, INC.,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Bruce E. Ellison, M.D., hereby gives notice that the above-captioned action is voluntarily dismissed *without prejudice* against Defendant American Board of Orthopaedic Surgery, Inc.

    Respectfully submitted,

    s/ Andrew L. Schlafly

    Andrew L. Schlafly   (040662003)
    Attorney at Law
    939 Old Chester Rd.
    Far Hills, NJ 07931
    Phone:  (908) 719-8608
    Fax:  (908) 934-9207
    Email: aschlafly@aol.com

    Zachary M. Bravos
    Bravos & DiCola
    600 W. Roosevelt Rd. - Ste. B-1
    Wheaton, IL 60187
    Phone: (630) 510-1300

    Attorneys for Plaintiff
Dated:   April 26, 2016    Bruce E. Ellison, M.D.